June 20, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

STEPHEN N. RINER AND KEVINE L. RINER, Appellants

NO. 14-12-00339-CV                V.

THE CITY OF HUNTERS CREEK AND THE PLANNING & ZONING COMMISSION OF THE CITY OF HUNTERS CREEK, SPECIFICALLY, BILL DALTON, NANCY PARKS, TOD DIMITRY, ALLISON GOWER AND DAVID CHILDERS, Appellees

_____

This cause, an appeal from the judgment signed March 15, 2012 in favor of appellees, the City of Hunters Creek and the Planning & Zoning Commission of the City of Hunters Creek, specifically, Bill Dalton, Nancy Parks, Tod Dimitry, Allison Gower and David Childers, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants Stephen N. Riner and Kevine L. Riner jointly and severally to pay all costs incurred in this appeal.

We further order this decision certified below for observance.